UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ZACHARIAH JAMES GINGRICH, :
                        CIVIL ACTION NO. 3:23-0982
        Plaintiff           :
                        (JUDGE MANNION)
      v.                   :

TINA LITZ, *et al.*,         :

        Defendants   :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The above captioned action is **DISMISSED** pursuant to Fed.R.Civ.P. 41(b) for Plaintiff's failure to prosecute and to comply with Local Rules of Court.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                                      */s/ Malachy E. Mannion*
                                      **MALACHY E. MANNION**
                                      **United States District Judge**

Date: August 30, 2023
23-0982-01-ORDER